**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

ROY LEE WILLIAMS (#98961)                    CIVIL ACTION NO. 17-0769-P

VERSUS                                                              JUDGE S. MAURICE HICKS, JR.

KEITH DEVILLE                                            MAGISTRATE JUDGE PEREZ-MONTES

**JUDGMENT**

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Record Document 6), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the petition filed under 28 U.S.C. §2245 be dismissed for lack of jurisdiction, without prejudice to filing when/if Petitioner is granted authorization by the appellate court.

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, on this 28th day of August, 2017.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE